**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RONALD L. WYNN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GAMING SYSTEMS, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-03032-JD |

**ORDER**

Currently before the Court are the Report and Recommendation of United States Magistrate Judge Shon T. Erwin [Doc. No. 4] recommending that the Court deny Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 2].

The Report and Recommendation recommends that the Court deny Plaintiff's motion and order Plaintiff to pay the full filing fee of $405.00 for this action to proceed. Plaintiff did not timely object to the Report and Recommendation, and the record reflects that Plaintiff paid the filing fee of $405.00 on November 13, 2026. *See* [Doc. No. 5].

Accordingly, the Court ACCEPTS the Report and Recommendation [Doc. No. 4] and DENIES Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 2].

IT IS SO ORDERED this 20th day of November 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE